**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02231-SKC

HAO FU LIN,

      Petitioner,

v.

JUAN BALTAZAR, *et al,*

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 8 and 10) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner is awarded costs pursuant to D.C.COLO.LCivR 54.1. *See Daley v. Ceja,* 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 2412(a)(1). It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 10th day of June, 2026.

           FOR THE COURT:

           Jeffrey P. Colwell, Clerk

           By:  s/K. Myhaver, Deputy Clerk